STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANTHONY SICILIANO, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 334.

*Mr. Vincent P. Keuper* and *Mr. George A. Gray* for the petitioner.

*Messrs. Stout & O'Hagan* for the respondent.

October 24, 1955. ▪

▬

MIDDLESEX CONCRETE PRODUCTS AND EXCAVATING CORPORATION, PLAINTIFF-PETITIONER, v. BOROUGH OF CARTERET, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 400.

*Messrs. Koestler & Koestler* for the petitioner.

*Mr. Russell E. Watson, Mr. Edward L. Webster, Jr.,* and *Mr. C. John Stroumtsos* for the respondent.